## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JOE BROWN,

    Plaintiff,

v.                                                      CASE NO. 5:12cv22-MP-GRJ

CHURCHWELL, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 23, 2012.  (Doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

The Court agrees with the Magistrate Judge that the plaintiff failed to provide sufficient good cause for his failure to disclose prior lawsuits involving the fact, manner or conditions of his confinement.  Additionally, his lack of candor renders leave to amend the complaint inappropriate in this case.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The motion to proceed *in forma pauperis* (doc. 2) is denied.

3.  The motion to amend judgment (doc. 8) is denied.

4.  The motion for leave to file an amended complaint (doc. 9) is denied.

5.  This case is dismissed for failure to comply with an order of the court, failure to prosecute, and for abuse of the judicial process.

**DONE and ORDERED** this 10th day of August, 2012.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**